IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

                                                                                 No. CR 12-2367 JB

CHRISTIAN BERENICE GUZMAN-RIOS,

    Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Letter from Christian Berenice Guzman-Rios to the Court (dated Nov. 26, 2012), filed Nov. 26, 2012 (Doc. 22)("Motion"). The Court held a hearing on December 3, 2012. The primary issue is whether the Court should grant Defendant Christian Guzman-Rios' request for a change of attorney. For reasons stated on the record at the hearing, the Court grants Guzman-Rios' Motion. The Court will ask the Clerk of the Court's Office to appoint Guzman-Rios new counsel off the Criminal Justice Act list.

**IT IS ORDERED** that the request for new counsel in the Letter from Christian Berenice Guzman-Rios to the Court (dated Nov. 26, 2012), filed Nov. 26, 2012 (Doc. 22), is granted.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE

*Counsel:*

Kenneth J. Gonzales
  United States Attorney
Lynn Wei-Yu Wang
  Assistant United States Attorney
Albuquerque, New Mexico

      *Attorney for the Plaintiff*

Keith R. Romero
Albuquerque, New Mexico

    *Attorneys for the Defendant*